

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| BRANDON ISLAS, | § | No. 08-12-00157-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| THE STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2010-1896-D) |
| | § | |

## **O R D E R**

The Court has filed the supplemental clerk's record containing the trial court's findings of fact and conclusions of law, and written recommendations. The Court finds this satisfies the order of March 20, 2013. The appeal is hereby REINSTATED.

Further, the case is scheduled to be submitted without oral argument on May 30, 2013.

IT IS SO ORDERED this 23rd day of April, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.